IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21CV61651

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

    Plaintiff,

v.

MASTER TOUCH POOL SERVICES, INC
and NILSON SILVA,

    Defendants.

## COMPLAINT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") sues defendants Master Touch Pool Services, Inc ("Master Touch") and Nilson Silva ("Silva") (collectively, the "Defendants"), and alleges as follows:

## THE PARTIES

1. Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Indian River County, Florida.

2. Master Touch is a corporation organized and existing under the laws of the State of Florida with its principal place of business located at 12300 Wiles Road, Coral Springs, FL 33076 (per www.sunbiz.org). Master Touch's agent for service of process is Nilson Silva, 12300 Wiles Road, Coral Springs, FL 33076.

3. Silva is an individual who is a citizen of Florida residing at 10575 Waves Way, Parkland, FL 33076.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Defendants because they have maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over them would not offend traditional notions of fair play and substantial justice. Further, since at least February 2009, Defendants have operated a pool service business in this State, Master Touch is registered to do business in this State, and Silva owns real property in this state.

6. Venue properly lies in this district because Defendants reside in this district and because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district.

## FACTS

### I. Plaintiff's Business and History

7. Plaintiff was created as a Florida corporation in June 2005. Plaintiff's sole shareholder is Robert Stevens.

8. For the past sixteen (16) years, Mr. Stevens has been employed by Plaintiff as a high-end real estate photographer who specializes in aerial photography, stunning exterior and interior shots, as well as offering slide shows, virtual tours, and a full array of stock photography for luxury real estate industries.

9. Mr. Stevens is a pioneer of aerial real estate photography and has been engaging in creative and artistic means to capture such photographs long before today's proliferation of consumer drone technology came to market.

10. Mr. Stevens travels throughout the State of Florida, nationally, and internationally to photograph high-end real estate on behalf of Plaintiff's clients. He has been contracted by over

280 clients to take professional photographs of various real estate projects, including but not limited to the estates of numerous celebrities (such as Madonna, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Chris Evert, and others).

11. Plaintiff maintains a commercial website (www.robertstevens.com) which describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Mr. Stevens, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

12. Plaintiff owns the photographs taken by Mr. Stevens and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers. To that end, Plaintiff's standard terms include a limited, one-time license for use of any particular photograph by the customer only. Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

13. Generally, at the time Plaintiff creates its professional photography, it applies copyright management information to such photography consisting of "© AAP [year] all rights reserved" to the bottom left corner thereof. Plaintiff does this for added protection/assurance to keep unauthorized persons from utilizing/displaying Plaintiff's work.

**II.   The Work at Issue in this Lawsuit**

14. In 2019, Plaintiff created a photograph titled "Inlet Plaza Ocean Ridge k 2019 AAP" (the "Work"). Consistent with Plaintiff's general practices, the Work contains (in the bottom left corner) Plaintiff's copyright management information as follows: "© AAP 2019 all rights reserved." A copy of the Work is exhibited below.



15. The Work was registered by Plaintiff with the Register of Copyrights on March 16, 2019 and was assigned Registration No. VA 2-143-503. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

16. Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

### III. Defendants' Unlawful Activities

17. Master Touch is a pool service company that services various communities throughout Palm Beach and Broward Counties. Silva is the President and, upon information and belief, sole shareholder of Master Touch. Silva has exclusive control over the business activities of Master Touch, including but not limited to the infringing activities that are the subject of this lawsuit.

18. Master Touch advertises/markets its business online through its commercial website (www.mastertouchpools.com) and its business Facebook page

(https://www.facebook.com/MasterTouchServices/).

19. On a date after Plaintiff's above-referenced copyright registration of the Work, Silva caused the Work to be published on the Master Touch website (https://www.mastertouchpools.com/service-areas/ocean-ridge/) in connection with Defendants' attempts to solicit pool service business from residents of Ocean Ridge, FL:



20. In publishing the Work online, Master Touch cropped the Work so as to remove Plaintiff's copyright management information. The remaining details of the photograph, however, unequivocally show the two photographs to be the same. A true and correct copy of screenshots of the aforementioned website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

21. Defendants are not and have never been licensed to use or display the Work. Defendants never contacted Plaintiff to seek permission to use the Work in connection with their website or for any other purpose – even though the Work that was copied clearly displayed Plaintiff's copyright management information and put Defendants on notice that the Work was not intended for public use.

22. Defendants utilized the Work for commercial use – namely, in connection with the marketing of their pool service business.

23. Upon information and belief, Defendants located a copy of the Work on the internet (with the copyright management information still intact) and, rather than contact Plaintiff to secure a license, simply copied the Work for its own commercial use.

24. Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendants' unauthorized use/display of the Work in July 2021. Following Plaintiff's discovery, Plaintiff notified Defendants in writing of such unauthorized use. To date, however, Defendants have not responded to Plaintiff, thus necessitating the filing of this lawsuit to protect Plaintiff's rights with respect to the Work.

25. All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT
### (Master Touch)

26. Plaintiff re-alleges and incorporates paragraphs 1 through 25 as set forth above.

27. The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

28. Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

29. As a result of Plaintiff's reproduction, distribution, and public display of the Work, Master Touch had access to the Work prior to its own reproduction, distribution, and public display of the Work on its commercial website.

30. Master Touch reproduced, distributed, and publicly displayed the Work without

authorization from Plaintiff.

31. By its actions, Master Touch infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for its own commercial purposes.

32. Master Touch's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright. Master Touch deliberately removed Plaintiff's copyright management information and cropped the Work all in an effort to avoid paying a reasonable licensing fee for the Work.

33. Plaintiff has been damaged as a direct and proximate result of Master Touch's infringement.

34. Plaintiff is entitled to recover its actual damages resulting from Master Touch's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Master Touch's profits from infringement of the Work, which amounts shall be proven at trial.

35. Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

36. Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Master Touch's conduct.

37. Master Touch's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Master Touch as follows:

a. A declaration that Master Touch has infringed Plaintiff's copyrights in the Work;

b. A declaration that such infringement is willful;

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f. Permanently enjoining Master Touch, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Master Touch, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g. For such other relief as the Court deems just and proper.

## COUNT II – REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION
### (Master Touch)

38. Plaintiff re-alleges and incorporates paragraphs 1 through 25 as set forth above.

39. As evidenced above, the Work contains copyright management information identifying Plaintiff as the owner/creator of the Work.

40. Master Touch knowingly and with the intent to enable or facilitate copyright infringement, removed the copyright management information from the Work in violation of 17 U.S.C. § 1202(b). Master Touch did not simply recklessly copy the Work in a pre-altered state – Master Touch itself deliberately caused the copyright management information to be removed.

41. Master Touch committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

42. If Master Touch did not remove the copyright management information itself, Master Touch caused, directed, and authorized others to commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

43. As a direct and proximate result of Master Touch's conduct in removing the foregoing copyright management information, Plaintiff has been damaged.

44. Master Touch's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 1203(b), Plaintiff is entitled to a permanent injunction prohibiting any further violation of 17 U.S.C. § 1202 by Master Touch.

**WHEREFORE**, Plaintiff demands judgment against Master Touch as follows:

h. A declaration that Master Touch has violated Plaintiff's copyrights in the Work by removing or causing to be removed Plaintiff's copyright management information displayed thereon;

i. A declaration that such violation is willful;

j. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

k. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(5);

l. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

m. Permanently enjoining Master Touch, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and

participation with Master Touch, from directly or indirectly further violating Plaintiff's copyrights by further displaying or distributing the Work with its copyright management information removed; and

n. For such other relief as the Court deems just and proper.

## COUNT III – VICARIOUS COPYRIGHT INFRINGEMENT
### (Silva)

45. Plaintiff re-alleges and incorporates paragraphs 1 through 25 as set forth above.

46. As evidenced above, Master Touch infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501.

47. As the President and sole shareholder of Master Touch, Silva has the right and ability to control the infringing acts of Master Touch, yet declined or failed to stop Master Touch from engaging in its infringing activity.

48. Silva obtained a direct financial benefit from Master Touch's infringing activities. As the sole shareholder of Master Touch, Silva receives profit distributions therefrom and, upon information and belief, pays himself a salary therefrom.

49. As a direct and proximate result of Silva's vicarious copyright infringement, Plaintiff has been damaged. See, e.g. Broad. Music, Inc. v. Evie's Tavern Ellention, Inc., No. 8:11-cv-2056-T-17TBM, 2011 U.S. Dist. LEXIS 137720, at *5-8 (M.D. Fla. Nov. 30, 2011).

**WHEREFORE**, Plaintiff demands judgment against Silva as follows:

a. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

b. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(5);

c. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

d. Permanently enjoining Silva, her employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Silva, from directly or indirectly further violating Plaintiff's copyrights by further displaying or distributing the Work with its copyright management information removed; and

e. For such other relief as the Court deems just and proper.

## Demand For Jury Trial

Plaintiff demands a trial by jury on all issued so triable.

Dated: August 9, 2021.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza, Esq.
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291
    James D'Loughy, Esq.
    Florida Bar No.: 0052700

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-143-503**

**Effective Date of Registration:**
March 16, 2019



## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 02, 2019 to March 12, 2019

## Title

| | |
|---|---|
| **Title of Group:** | Selected 2019 Photos MMXIX Q1 Including Esplanade Grande and Others |
| **Number of Photographs in Group:** | 255 |
| • **Individual Photographs:** | 1107 D Rd_015, 14390 Wellington Trace_011, 14390 Wellington Trace_012, 14390 Wellington Trace_013, 14390 Wellington Trace_014, 14390 Wellington Trace_050, 14390 Wellington Trace_055, 14390 Wellington Trace_056a, 14390 Wellington Trace_057, 14390 Wellington Trace_058, 14390 Wellington Trace_059, 6300 Riveside Dr_049, 6300 Riveside Dr_05, 6300 Riveside Dr_050, 6300 Riveside Dr_051, 6300 Riveside Dr_055, 6300 Riveside Dr_056, 6300 Riveside Dr_057, 6300 Riveside Dr_058, 6300 Riveside Dr_059, 6300 Riveside Dr_060, 6300 Riveside Dr_061, 6300 Riveside Dr_104, 6300 Riveside Dr_106, 6300 Riveside Dr_108, 6300 Riveside Dr_109, 6300 Riveside Dr_110, 6300 Riveside Dr_111, 6300 Riveside Dr_112, 6300 Riveside Dr_114, 6300 Riveside Dr_115, 7340 Southeast Medalist Place_002a, 7340 Southeast Medalist Place_006, 7340 Southeast Medalist Place_007, 7340 Southeast Medalist Place_008, 7340 Southeast Medalist Place_009, 7340 Southeast Medalist Place_049, 7340 Southeast Medalist Place_052, 7340 Southeast Medalist Place_053, 7340 Southeast Medalist Place_056, 7340 Southeast Medalist Place_059, 79 Links Rd_002, 79 Links Rd_011, 79 Links Rd_012b, 79 Links Rd_014, 79 Links Rd_014a, 79 Links Rd_015, 79 Links Rd_065, 79 Links Rd_066, 79 Links Rd_067, 79 Links Rd_068, 79 Links Rd_070, 79 Links Rd_074, 79 Links Rd_076, 79 Links Rd_077, Esplanade Grande pool AAP 2019, Esplanade Grande pool a AAP 2019, Esplanade Grande pool aerial a AAP 2019, Esplanade Grande pool aerial AAP 2019, Esplanade Grande aerial a AAP 2019, Esplanade Grande aerial AAP 2019, Esplanade Grande aerial arrow AAP 2019, Esplanade Grande aerial b AAP 2019, Esplanade Grande aerial c AAP 2019, Esplanade Grande aerial c arrow AAP 2019, Esplanade Grande aerial d AAP 2019, Esplanade Grande Entrance AAP 2019, Esplanade Grande Gym AAP 2019, Esplanade Grande Lobby a AAP 2019, Esplanade Grande Lobby AAP 2019, Esplanade Grande Social Room AAP 2019, Esplanade Grande Terrace view a AAP 2019, Esplanade Grande Terrace view AAP 2019, |
| **Published:** | January 2019 |
| • **Individual Photographs:** | Inlet Plaza 2019 AAP, Inlet Plaza Gym 2019 AAP, Inlet Plaza Gym a 2019 AAP, Inlet Plaza Ocean Ridge a 2019 AAP, Inlet Plaza Ocean Ridge b 2019 AAP, Inlet Plaza Ocean Ridge c 2019 AAP, Inlet Plaza Ocean Ridge d 2019 AAP, Inlet Plaza Ocean Ridge e 2019 AAP, Inlet Plaza Ocean Ridge f 2019 |

|  |  |
|---|---|
|  | AAP, Inlet Plaza Ocean Ridge g 2019 AAP, Inlet Plaza Ocean Ridge h 2019 AAP, Inlet Plaza Ocean Ridge i 2019 AAP, Inlet Plaza Ocean Ridge j 2019 AAP, Inlet Plaza Ocean Ridge k 2019 AAP, Inlet Plaza Ocean Ridge l 2019 AAP, Inlet Plaza Ocean Ridge Pool 2019 AAP, Inlet Plaza Ocean Ridge Pool a 2019 AAP, Medalist Golf Club a AAP 2019, Medalist Golf Club AAP 2019, Medalist Golf Club Entrance AAP 2019, Medalist Gym AAP 2019, Medalist Nature a AAP 2019, Medalist Nature AAP 2019, Medalist Tennis Court AAP 2019, Old Palm Clubhouse 2019 AAP sky, Soundings Marina a AAP 2019, Soundings Marina AAP 2019, Soundings Marina b AAP 2019, The Soundings Sign AAP 2019, Via Delfino Aerial AAP 2019, |
| **Published:** | January 2019 |

- **Individual Photographs:** 10480 SE Scrub_003, 10480 SE Scrub_003a, 10480 SE Scrub_004, 10480 SE Scrub_005, 10480 SE Scrub_008, 10480 SE Scrub_054, 10480 SE Scrub_056, 10480 SE Scrub_056a, 10480 SE Scrub_060a, 10480 SE Scrub_061, 10480 SE Scrub_062, 12035 Corozo Ct_004, 12035 Corozo Ct_005, 12035 Corozo Ct_007, 12035 Corozo Ct_008, 12035 Corozo Ct_010, 12035 Corozo Ct_011, 12035 Corozo Ct_059, 12035 Corozo Ct_065, 12035 Corozo Ct_066, 12035 Corozo Ct_067, 12035 Corozo Ct_069, 13245 Southfields Rd_005, 13245 Southfields Rd_006, 13245 Southfields Rd_009, 13245 Southfields Rd_011, 13245 Southfields Rd_012, 13245 Southfields Rd_014a, 13245 Southfields Rd_018, 13245 Southfields Rd_018a, 13245 Southfields Rd_019, 13245 Southfields Rd_020, 13245 Southfields Rd_044,
  **Published:** February 2019

- **Individual Photographs:** 255 Murray Rd_004a, 255 Murray Rd_009, 255 Murray Rd_010, 255 Murray Rd_011, 255 Murray Rd_011a, 255 Murray Rd_012, 255 Murray Rd_013, 255 Murray Rd_014, 255 Murray Rd_076, 255 Murray Rd_077, 255 Murray Rd_078, 255 Murray Rd_079, 255 Murray Rd_080, 255 Murray Rd_082, 255 Murray Rd_083, 560 Island Dr_0012, 560 Island Dr_007a, 560 Island Dr_008, 560 Island Dr_008a, 560 Island Dr_013, 560 Island Dr_014, 560 Island Dr_078, 560 Island Dr_079, 560 Island Dr_080b, 560 Island Dr_081, 560 Island Dr_081a, 560 Island Dr_082, 560 Island Dr_083, 560 Island Dr_091, 560 Island Dr_092, 560 Island Dr_093, 560 Island Dr_094, 560 Island Dr_095, 646 Hermitage Cir_007, 646 Hermitage Cir_008, 646 Hermitage Cir_008a, 646 Hermitage Cir_010, 646 Hermitage Cir_011, 646 Hermitage Cir_012, 646 Hermitage Cir_069, 646 Hermitage Cir_081, 646 Hermitage Cir_083, 646 Hermitage Cir_084, 646 Hermitage Cir_085, 646 Hermitage Cir_087, 646 Hermitage Cir_088, 646 Hermitage Cir_089, 646 Hermitage Cir_090, 646 Hermitage Cir_091, 646 Hermitage Cir_093, 646 Hermitage Cir_094, 646 Hermitage Cir_095, Frenchman's Reserve Aerial AAP 2019, Frenchman's Reserve bar a AAP 2019, Frenchman's Reserve cafe c AAP 2019, Frenchman's Reserve Golf e AAP 2019, Frenchman's Reserve h AAP 2019, Frenchman's Reserve Hermitage sign g AAP 2019, Frenchman's Reserve lobby b AAP 2019, Frenchman's Reserve lobby d AAP 2019, Frenchman's Reserve lobby f AAP 2019, Frenchman's Reserve Pool AAP 2019, International Polo Club AAP 2019 copy,
  **Published:** February 2019

- **Individual Photographs:** 10605 Avenue of PGA_014, 10605 Avenue of PGA_015, 10605 Avenue of PGA_015a, 108 Lake Ave_001, 108 Lake Ave_002, 108 Lake Ave_002a, 108 Lake Ave_003, 108 Lake Ave_003a, 108 Lake Ave_004, 108 Lake Ave_005, 108 Lake Ave_006, 108 Lake Ave_007, 108 Lake Ave_008, 108 Lake Ave_009, 108 Lake Ave_040, 108 Lake Ave_041, 13040 Hammock Xing_006, 13040 Hammock Xing_0061, 13040 Hammock Xing_007, 13040 Hammock Xing_008, 13040 Hammock Xing_009, 13040 Hammock Xing_009a, 13040 Hammock Xing_009b, 13040 Hammock Xing_011, 13040 Hammock Xing_011a, 13040 Hammock Xing_046, 13040 Hammock



|  |  |
|---|---|
|  | Xing_050, 13040 Hammock Xing_051, 13040 Hammock Xing_052, 13040 Hammock Xing_053, 13040 Hammock Xing_057a, 2070 N Ocean Blvd a, 2070 N Ocean Blvd b, 2070 N Ocean Blvd c, 2070 N Ocean Blvd d, 2070 N Ocean Blvd e, 2070 N Ocean Blvd f, 2070 N Ocean Blvd g, 2070 N Ocean Blvd h, 2070 N Ocean Blvd i, 2070 N Ocean Blvd j, 2070 N Ocean Blvd k, 2070 N Ocean Blvd l, 2070 N Ocean Blvd m, 2070 N Ocean Blvd n, 2070 N Ocean Blvd no, 2070 N Ocean Blvd o, 2070 N Ocean Blvd p, 2070 N Ocean Blvd r, 2070 N Ocean Blvd s, Ballenisles AAP 2019, Ballenisles Aerial AAP 2019, Ballenisles Clubhouse AAP 2019, Ballenisles Clubhouse Aerial AAP 2019, Ballenisles Clubhouse Pool AAP 2019, Ballenisles Tennis AAP 2019, |
| Published: | March 2019 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Earliest Publication Date in Group: | January 02, 2019 |
| Latest Publication Date in Group: | March 12, 2019 |
| Nation of First Publication: | United States |

## Author

| | |
|---|---|
| • Author: | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | AFFORDABLE AERIAL PHOTOGRAPHY, INC.<br>1123 Melinda Ln., Haverhill, FL, 33417, United States |

## Certification

| | |
|---|---|
| Name: | Robert Stevens |
| Date: | March 16, 2019 |

| | |
|---|---|
| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as |

.XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



|  |  |
|---|---|
|  | AAP, Inlet Plaza Ocean Ridge g 2019 AAP, Inlet Plaza Ocean Ridge h 2019 AAP, Inlet Plaza Ocean Ridge i 2019 AAP, Inlet Plaza Ocean Ridge j 2019 AAP, Inlet Plaza Ocean Ridge k 2019 AAP, Inlet Plaza Ocean Ridge l 2019 AAP, Inlet Plaza Ocean Ridge Pool 2019 AAP, Inlet Plaza Ocean Ridge Pool a 2019 AAP, Medalist Golf Club a AAP 2019, Medalist Golf Club AAP 2019, Medalist Golf Club Entrance AAP 2019, Medalist Gym AAP 2019, Medalist Nature a AAP 2019, Medalist Nature AAP 2019, Medalist Tennis Court AAP 2019, Old Palm Clubhouse 2019 AAP sky, Soundings Marina a AAP 2019, Soundings Marina AAP 2019, Soundings Marina b AAP 2019, The Soundings Sign AAP 2019, Via Delfino Aerial AAP 2019, |
| **Published:** | January 2019 |

- **Individual Photographs:** 10480 SE Scrub_003, 10480 SE Scrub_003a, 10480 SE Scrub_004, 10480 SE Scrub_005, 10480 SE Scrub_008, 10480 SE Scrub_054, 10480 SE Scrub_056, 10480 SE Scrub_056a, 10480 SE Scrub_060a, 10480 SE Scrub_061, 10480 SE Scrub_062, 12035 Corozo Ct_004, 12035 Corozo Ct_005, 12035 Corozo Ct_007, 12035 Corozo Ct_008, 12035 Corozo Ct_010, 12035 Corozo Ct_011, 12035 Corozo Ct_059, 12035 Corozo Ct_065, 12035 Corozo Ct_066, 12035 Corozo Ct_067, 12035 Corozo Ct_069, 13245 Southfields Rd_005, 13245 Southfields Rd_006, 13245 Southfields Rd_009, 13245 Southfields Rd_011, 13245 Southfields Rd_012, 13245 Southfields Rd_014a, 13245 Southfields Rd_018, 13245 Southfields Rd_018a, 13245 Southfields Rd_019, 13245 Southfields Rd_020, 13245 Southfields Rd_044,
  **Published:** February 2019

- **Individual Photographs:** 255 Murray Rd_004a, 255 Murray Rd_009, 255 Murray Rd_010, 255 Murray Rd_011, 255 Murray Rd_011a, 255 Murray Rd_012, 255 Murray Rd_013, 255 Murray Rd_014, 255 Murray Rd_076, 255 Murray Rd_077, 255 Murray Rd_078, 255 Murray Rd_079, 255 Murray Rd_080, 255 Murray Rd_082, 255 Murray Rd_083, 560 Island Dr_0012, 560 Island Dr_007a, 560 Island Dr_008, 560 Island Dr_008a, 560 Island Dr_013, 560 Island Dr_014, 560 Island Dr_078, 560 Island Dr_079, 560 Island Dr_080b, 560 Island Dr_081, 560 Island Dr_081a, 560 Island Dr_082, 560 Island Dr_083, 560 Island Dr_091, 560 Island Dr_092, 560 Island Dr_093, 560 Island Dr_094, 560 Island Dr_095, 646 Hermitage Cir_007, 646 Hermitage Cir_008, 646 Hermitage Cir_008a, 646 Hermitage Cir_010, 646 Hermitage Cir_011, 646 Hermitage Cir_012, 646 Hermitage Cir_069, 646 Hermitage Cir_081, 646 Hermitage Cir_083, 646 Hermitage Cir_084, 646 Hermitage Cir_085, 646 Hermitage Cir_087, 646 Hermitage Cir_088, 646 Hermitage Cir_089, 646 Hermitage Cir_090, 646 Hermitage Cir_091, 646 Hermitage Cir_093, 646 Hermitage Cir_094, 646 Hermitage Cir_095, Frenchman's Reserve Aerial AAP 2019, Frenchman's Reserve bar a AAP 2019, Frenchman's Reserve cafe c AAP 2019, Frenchman's Reserve Golf e AAP 2019, Frenchman's Reserve h AAP 2019, Frenchman's Reserve Hermitage sign g AAP 2019, Frenchman's Reserve lobby b AAP 2019, Frenchman's Reserve lobby d AAP 2019, Frenchman's Reserve lobby f AAP 2019, Frenchman's Reserve Pool AAP 2019, International Polo Club AAP 2019 copy,
  **Published:** February 2019

- **Individual Photographs:** 10605 Avenue of PGA_014, 10605 Avenue of PGA_015, 10605 Avenue of PGA_015a, 108 Lake Ave_001, 108 Lake Ave_002, 108 Lake Ave_002a, 108 Lake Ave_003, 108 Lake Ave_003a, 108 Lake Ave_004, 108 Lake Ave_005, 108 Lake Ave_006, 108 Lake Ave_007, 108 Lake Ave_008, 108 Lake Ave_009, 108 Lake Ave_040, 108 Lake Ave_041, 13040 Hammock Xing_006, 13040 Hammock Xing_0061, 13040 Hammock Xing_007, 13040 Hammock Xing_008, 13040 Hammock Xing_009, 13040 Hammock Xing_009a, 13040 Hammock Xing_009b, 13040 Hammock Xing_011, 13040 Hammock Xing_011a, 13040 Hammock Xing_046, 13040 Hammock

EXHIBIT "B"







