UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.: 0:21-CV-61651

AFFORDABLE AERIAL PHOTOGRAPHY INC

    Plaintiff,

    v.

MASTER TOUCH POOL SERVICES, INC
AND NILSON SILVA

    Defendants.

_____

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants **MASTER TOUCH POOL SERVICES, INC and NILSON SILVA** hereby provides the following information:

1. For nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock: There is no parent corporation and any publicly held corporation that owns 10% or more of Plaintiff's stock.

2. A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:

   A. Affordable Aerial Photograph, Inc.
   B. Master Touch Pool Services, Inc.
   C. Nilson Silva
   D. Copycat Legal PLLC
   E. Daniel DeSouza, Esq.
   F. James D'Loughy, Esq

G.  AdvisorLaw, PLLC

H.  Bailey Duquette, P.C.

I.  German Morales, Esq.

J.  Lizet Cardozo, Esq.

K.  RL Drolet Patent Prosecution Services, LLC

L.  Robert Drolet

Dated: October 25th, 2021

Respectfully submitted,

Bailey Duquette P.C.
*Attorneys for Defendants*
150 SE  12th Street, Suite 300
Fort Lauderdale, Florida 33316
Tel: (954) 374.1111
Email: german@baileyduquette.com
lizet@baileyduquette.com
yanina@baileyduquette.com

By:     /s/ German Morales

German Morales, Esq.
Florida Bar No. 15525
*Attorneys for Defendants*

By:     /s/ Robert Drolet
Robert Drolet, Esq.
Fla Bar No. 1004135
RL Drolet Patent Prosecution Services, LLC
515 E. Las Olas Boulevard, Suite 120
Fort Lauderdale, FL 33301
Telephone: 954.691.0261
rob@rldpatents.com
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on September 25, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ German Morales, Esq.
German Morales, Esq.

**SERVICE LIST**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

*Affordable Aerial Photography, Inc. v. Master Touch Pool Services, Inc.,*
Case No.: 0:21-CV-61651-WPD

Daniel DeSouza
**DeSouza Law, PA**
3111 N. University Drive
Ste 301
Coral Springs, FL 33065
Phone: (954) 603.1340
Email: ddesouza@desouzalaw.com
*Lead Attorney for Plaintiff*

*Served via CM/ECF*

James D D'Loughy
**AdvisorLaw PLLC**
2925 PGA BLVD, SUITE 204
2613 Bucknell Lane
Palm Beach Gardens, FL 33410
Phone: (561) 622.7788

Fax: 8007345289
Email: jdloughy@advisorlaw.com
*Counsel for Plaintiff*

*Served via CM/ECF*