UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61651-CIV-DIMITROULEAS

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

　　Plaintiff,

vs.

MASTER TOUCH POOL SERVICES, INC.
and NILSON SILVA,

　　Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On October 8, 2021, the Court issued an Order [DE 16] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. From the record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by **November 1, 2021**, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators. Failure to comply with this Order will result in the Clerk selecting a mediator at random.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Counsel of Record

Case 0:21-cv-61651-WPD Document 19 Entered on FLSD Docket 10/25/2021 Page 2 of 2