UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61651-CIV-DIMITROULEAS

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

       Plaintiff,

v.

MASTER TOUCH POOL SERVICES, INC.
and NELSON SILVA,

       Defendants.
_____

## NOTICE OF RECUSAL

The undersigned judge, to whom the above-styled cause has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Internal Operating Procedure 2.16.00 for the Southern District of Florida.

DATED at Fort Lauderdale, Florida, this 20th day of December, 2021.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge Patrick M. Hunt.

Copies of this Notice shall be served on all pending parties of record in accordance with CM/ECF Administrative Procedures.

By Order of the Court this 20th day of December, 2021.

ANGELA E. NOBLE
Clerk of Court

/s/ Bryan J. McGuinness
By: Deputy Clerk

Copies to:

William P. Dimitrouleas, United States District Judge
Lurana S. Snow, United States Magistrate Judge

Patrick M. Hunt, United States Magistrate Judge
Edward Sieber, Statistical Analyst (MIA)
All Counsel of Record and/or Pro Se Parties